UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR VALENZUELA,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 1:26-cv-01590-KES-FJS (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS FOR FAILURE TO PROSECUTE AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE

Doc. 14

Petitioner Oscar Valenzuela is a federal prisoner proceeding *pro se* and *in forma pauperis* on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 10, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the petition, without prejudice, based on Petitioner's failure to prosecute. Doc. 14. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. No objections were filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 10, 2026, Doc. 14, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED, without prejudice, based on Petitioner's failure to prosecute; and
3. The Clerk of Court is directed to enter judgment, terminate all pending motions, and close the case.

IT IS SO ORDERED.

Dated: July 29, 2026

UNITED STATES DISTRICT JUDGE